Case 2:16-cr-00021-GMN-VCF   Document 7   Filed 11/17/20   Page 1 of 3

NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
tony.lopez@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-21-GMN-VCF |
| Plaintiff, | **Motion to Dismiss the Indictment** |
| v. | |
| PAVEL TERENTIEV, | |
| Defendant. | |

On January 27, 2016, a federal grand jury returned an Indictment charging Defendant Pavel Terentiev with three counts of Theft of Government Funds, in violation of 18 U.S.C. § 641, based on conduct occurring in 2011. (ECF 1.) That same day, the Court issued a warrant for the defendant's arrest. (ECF 3.) Nearly 5 years later, the warrant remains outstanding.

Pursuant to Federal Rule of Criminal Procedure 48(a), the Government now requests permission of the Court to dismiss the Indictment. If granted, because the

/ / /

/ / /

/ / /

/ / /

defendant would no longer face any charges in this case, the Government further requests that the Court quash the outstanding warrant for his arrest.

Respectfully submitted this 12th day of November, 2020.

NICHOLAS A. TRUTANICH<br>
United States Attorney<br>
<br>
<u>*s/* Richard Anthony Lopez</u><br>
RICHARD ANTHONY LOPEZ<br>
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAVEL TERENTIEV,<br><br>　　　　Defendant. | Case No. 2:16-cr-21-GMN-VCF<br><br>**[Proposed] Order Granting<br>Motion to Dismiss the Indictment** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses the Indictment against Defendant Pavel Terentiev.

　　　　　　　　　　　　　　　　　　　　NICHOLAS A. TRUTANICH
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　*s*/Richard Anthony Lopez
　　　　　　　　　　　　　　　　　　　　RICHARD ANTHONY LOPEZ
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. Because the Indictment has been dismissed as to Defendant Pavel Terentiev, it is hereby ordered that the warrant for his arrest, issued January 27, 2016, is quashed.

DATED this __17__ day of November, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Gloria M. Navarro, District Judge
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT